Jacqueline Thomas-Graves

30 minutes Break for Lunch.

Leave at 5pm.

Tomorrow 9AM
        NO Lunch tomorrow

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 3 2025

CLERK, U.S. DISTRICT COURT
By _____
        Deputy